# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ECN FINANCIAL, LLC, successor to ECN, FINANCIAL CORP. | CIVIL ACTION |
| Plaintiff, | |
| v. | NO. 17-CV-2842 |
| ERIC KEITH CHAPMAN, | |
| Defendant. | |

## O R D E R

**AND NOW,** this 29th day of January, 2018, upon consideration of the defendant, Eric Keith Chapman's motion to dismiss (Doc. No. 2), and the plaintiff's response in opposition (Doc. No. 4), **IT IS HEREBY ORDERED** that the motion is **GRANTED** in its entirety without prejudice. Plaintiff is given leave to amend the complaint within twenty days of the filing of this Order.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, C.J.